**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LANCE TAYLOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No. 4:04CV549SNL** |
| | ) | |
| **CATHOLIC CEMETERIES OF THE** | ) | |
| **ARCHDIOCESE OF ST. LOUIS, ET. AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This matter is before the Court on the plaintiff's "Request Motion for Judgment on the Pleading" (#60), filed July 7, 2005. Defendants have filed a response.

This motion will be denied for the simple reason that it does not comport in any fashion with the Federal Rules of Civil Procedure or this district's Local Rules. Plaintiff has filed nothing more than a single page pleading with only the above-referenced title. There is no substantive motion or a memorandum of law in support. There are no facts or law recited for the Court to review. There is nothing for the Court to adjudicate in connection with the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's "Request Motion for Judgment on the Pleading" (#60) be and is **DENIED.**

Dated this __15th__ day of July, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE